# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Lorin Damien St. Claire. | ) | Case No. 1:23-cr-044 |
| | ) | |
| Defendant. | ) | |

On November 3, 2023, the court issued an order conditionally releasing Defendant to a Residential Facility designated by the Pretrial Services officer. (Doc. No. 127). Defendant has since been residing at Centre, Inc.'s facility in Mandan, North Dakota, without incident.

In recognition of Defendant's good performance while on release, the court, in consultation with the Pretrial Services officer, shall amend his release conditions as follows in order to afford him the ability transition out of Centre Inc.'s facility and into an approved residence should the opportunity arise. Accordingly, Defendant shall reside at Centre, Inc. or other address approved by the Pretrial Services officer, and not change this residence without the prior approval of the Pretrial Services Officer. Defendant remains subject to and shall fully comply with Centre, Inc.'s rules and regulations while residing in its facility.

**IT IS SO ORDERED.**

Dated this 20th day of August, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochalter, Magistrate Judge
United States District Court